■ SIMON ROSS, Appellant, v. JUSTIN LIPMAN, Respondent.— Respondent moves to dismiss an appeal from an order granting his motion to dismiss the complaint for failure to prosecute the action and from the judgment entered thereon on the ground that the appeal is not timely. Motion granted, without costs, as to the appeal from the order, which was not taken within the time provided therefor. The motion is denied, however, without costs, as to the appeal from the judgment, which was timely. Respondent may, if so advised, renew his motion to dismiss if it is his contention that the judgment is not appealable. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.

■ BELMONT HOMES, INC., Appellant, v. HOWARD P. KREUTZER et al., Individually and Constituting the Board of Commissioners of the Jericho Water District, in the Town of Oyster Bay, Nassau County, Respondents.— In an action for (1) a judgment declaring unauthorized a resolution with respect to the construction of water facilities in a new development and the charges established by the resolution unenforcible, (2) an injunction against the enforcement of the resolution, and (3) for an accounting of money deposited, a judgment was entered after trial granting a limited accounting but dismissing the complaint in all other respects. The appeal is from so much of the judgment as dismissed the complaint "in all other respects". Judgment insofar as appealed from unanimously affirmed, with costs. In our opinion plaintiff was not coerced in entering into the agreement but did so voluntarily and, having benefited therefrom, is estopped from questioning its validity. (*Mayor, Aldermen and Commonalty of City of New York* v. *Sonneborn,* 113 N. Y. 423; *City of Buffalo* v. *Balcom,* 134 N. Y. 532; *City of New York* v. *Delli Paoli,* 202 N. Y. 18.) Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ HIJOS DE DANIEL ESPUNY, S. A., Respondent, v. VICTOR M. CALDERON Co., INC., et al., Appellants.— In an action to recover damages for fraud and conspiracy, and for an accounting, the appeal is from an order denying a motion to dismiss each of the three causes of action pleaded in the amended complaint as insufficient in law (Rules Civ. Prac., rule 106, subd. 4). Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur. [9 Misc 2d 983.]